## Foote, Appellant, *v.* Maryland Casualty Company.

Argued March 25, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Allen N. Brunwasser,* for appellant.

*Harold Gondelman,* for appellee.

OPINION PER CURIAM, May 27, 1964:
Order affirmed.